| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RICKEY MCGEE, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 9:24-CV-203
§
TDCJ, *et al.*, §
§
    Defendants. §

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Rickey McGee, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending a motion for temporary restraining order or preliminary injunction be denied as moot. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#7) is **ADOPTED**. The motion for temporary restraining order or preliminary injunction (#3) is **DENIED** as moot.

    SIGNED at Beaumont, Texas, this 11th day of July, 2025.

                                                MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE